IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MR. LARRY DARNELL WASHINGTON,**<br>**Plaintiff,**<br><br>v.<br><br>**CAROLYN W. COLVIN,**[1]<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 12-6970** |

## O R D E R

**AND NOW,** this 13th day of November, 2014, upon consideration of plaintiff's Complaint requesting review of an adverse decision of the Commissioner (Document No. 3, filed December 18, 2012), defendant's Answer (Document No. 6, filed February 19, 2013), Legal Brief in Support of Plaintiff's Request for Review of Denial of Social Security Disability Benefits (Document No. 12, filed April 5, 2013), Defendant's Response to Request for Review of Plaintiff (Document No. 13, filed May 6, 2013), Plaintiff's Reply to Administrations [sic] Brief in Response to Plaintiff's Request for Review (Document No. 14, filed May 16, 2013), and a letter dated May 21, 2013 from Dr. Rita Carabello in support of Plaintiff's Complaint (Document No. 15, filed May 22, 2013); and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 27, 2014 (Document No. 16), Petitioner's Objection[s] to Magistrate Judge Perkin's Report and Recommendation and Request for Oral Arguments or Plenary Hearing (Document No. 21, filed April 21, 2014), Defendant's Response to Plaintiff's Objection to the Report and Recommendation of Magistrate Judge Henry S. Perkin (Document No. 22, filed May

---

[1]     Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.

5, 2014), and the record in this case, for the reasons stated in the accompanying Memorandum

dated November 13, 2014, **IT IS ORDERED** as follows:

1.      The Report and Recommendation of United States Magistrate Judge Henry S.

Perkin dated January 27, 2014 (Document No. 16) is **APPROVED AND ADOPTED**;

2.      Plaintiff's Complaint requesting review of an adverse decision of the

Commissioner (Document No. 3, filed December 18, 2012) is **DENIED**;

3.      Petitioner's Objection[s] to Magistrate Judge Perkin's Report and

Recommendation and Request for Oral Arguments or Plenary Hearing (Document No. 21, filed

April 21, 2014) are **OVERRULED**;

4.      Plaintiff's request for oral argument or plenary hearing is **DENIED**; and

5.      The Clerk of Court shall **MARK** the case **CLOSED**.

**IT IS FURTHER ORDERED** that the caption is amended to substitute "Carolyn W.

Colvin" in place of "Michael J. Astrue" as Acting Commissioner of Social Security

Administration.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois_ __
**DuBOIS, JAN E., J.**